UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JUDITH ALTERIO,<br><br>       Plaintiff,<br><br> -against-<br><br>RUSHMORE LOAN SERVICES DITECH WILMINGTON TRUST,<br><br>       Defendant. | 20-CV-0143 (CM)<br><br>CIVIL JUDGMENT |

Pursuant to the order issued May 28, 2020, dismissing the complaint,

IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed under 28 U.S.C. § 1915(e)(2)(B)(ii).

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated: May 28, 2020
    New York, New York

                    COLLEEN McMAHON
                    Chief United States District Judge